UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: § | Case No. 18-10415-RLE |
| §§ | |
| Warehouse Way Associates, Ltd. VIII, a §§ CA LP | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Linda S. Green, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $680,556.60 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $681,908.33 | | |

3) Total gross receipts of $1,362,464.93 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,362,464.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- |
| Secured Claims (from **Exhibit 3**) | $0.00 | $2,758.29 | $2,758.29 | $2,758.29 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $556,108.33 | $556,108.33 | $556,108.33 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $125,800.00 | $125,800.00 | $125,800.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $2,674,083.04 | $1,284,660.00 | $677,798.31 |
| **Total Disbursements** | $0.00 | $3,358,749.66 | $1,969,326.62 | $1,362,464.93 |

4). This case was originally filed under chapter 7 on 06/13/2018. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2020    By: /s/ Linda S. Green
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1851 Toboggan RoadTahoe City CA | 1110-000 | $750,070.72 |
| Monies being held by the Superior Court of State of CA; Sacramento; turned over by prior receiver. | 1121-000 | $345,384.78 |
| Refund of Property Tax on 1851 Tobaggon Road from Placer County | 1124-000 | $24.60 |
| Money held at APMEX Gold exchange for returned Gold Coins purchased by Frank Ribbel with partnership funds | 1129-000 | $33,689.75 |
| Interest on funds held (Asset #2) at the Sacramento Superior Court | 1221-000 | $3,295.08 |
| FT action against Julian & Sue Lifshiz | 1241-000 | $80,000.00 |
| FT litigation against Ribbel and Associates | 1241-000 | $150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,362,464.93** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SEC | Placer County | 4700-070 | $0.00 | $2,758.29 | $2,758.29 | $2,758.29 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $2,758.29 | $2,758.29 | $2,758.29 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Linda S. Green, Trustee | 2100-000 | NA | $64,123.21 | $64,123.21 | $64,123.21 |
| Linda S. Green, Trustee | 2200-000 | NA | $637.63 | $637.63 | $637.63 |
| International Sureties, LTD. | 2300-000 | NA | $663.59 | $663.59 | $663.59 |
| Trustee Resource Group | 2420-750 | NA | $1,470.00 | $1,470.00 | $1,470.00 |
| Recording Fees | 2500-000 | NA | $57.00 | $57.00 | $57.00 |
| Sale of Toboggan Road pursuant to settlement agreement | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| Transfer Fees | 2500-000 | NA | $825.00 | $825.00 | $825.00 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Independent Bank | 2600-000 | NA | $50.05 | $50.05 | $50.05 |
| Integrity Bank | 2600-000 | NA | $12.92 | $12.92 | $12.92 |
| Franchise Tax Board (FTB) | 2820-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| MacConaghy & Barnier, Attorney for Trustee | 3210-000 | NA | $309,610.00 | $309,610.00 | $309,610.00 |
| MACCONAGHY & BARNIER, PLC, Attorney for Trustee | 3220-000 | NA | $4,714.08 | $4,714.08 | $4,714.08 |
| Jay D. Crom, Accountant for Trustee | 3410-000 | NA | $110,740.50 | $110,740.50 | $110,740.50 |
| Jay D. Crom, Accountant for Trustee | 3420-000 | NA | $186.84 | $186.84 | $186.84 |
| Realtor Fees, Realtor for Trustee | 3510-000 | NA | $37,500.00 | $37,500.00 | $37,500.00 |
| NATHAN GENOVESE, Realtor for Trustee | 3520-000 | NA | $657.50 | $657.50 | $657.50 |
| Realtor Expenses, Realtor for Trustee | 3520-000 | NA | $1,514.92 | $1,514.92 | $1,514.92 |
| Philip J. Terry, Esq, Attorney for Debtor | 3701-000 | NA | $14,620.29 | $14,620.29 | $14,620.29 |
| JAMS, Arbitrator/Mediator for Trustee | 3721-000 | NA | $6,374.80 | $6,374.80 | $6,374.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $556,108.33 | $556,108.33 | $556,108.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael Burkhart, Receiver's Commissio | 6700-560 | NA | $125,000.00 | $125,000.00 | $125,000.00 |
| Franchise Tax Board (FTB) | 6820-000 | NA | $800.00 | $800.00 | $800.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $125,800.00 | $125,800.00 | $125,800.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 2 | Donald A. Friend | 7100-000 | $0.00 | $374,153.02 | $0.00 | $0.00 |
| 2b | Donald A. Friend | 7100-000 | $0.00 | $393,820.00 | $393,820.00 | $207,783.02 |
| 3b | Friend, Friend, & Friend, L.P. | 7100-000 | $0.00 | $228,908.00 | $228,908.00 | $120,773.94 |
| 3 | Friend, Friend, & Friend, LLP | 7100-000 | $0.00 | $332,674.02 | $0.00 | $0.00 |
| 4 | John D. Wong | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4b | John D. Wong | 7100-000 | $0.00 | $22,353.00 | $22,353.00 | $11,793.65 |
| 5b | J.L. Szabo | 7100-000 | $0.00 | $135,409.00 | $135,409.00 | $71,443.02 |
| 5 | J.L. Szabo | 7100-000 | $0.00 | $227,097.00 | $0.00 | $0.00 |
| 6 | Mann Ball & Mei Kin Wong | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6b | Mann Ball Wong & Mei Kin Wong | 7100-000 | $0.00 | $16,898.00 | $16,898.00 | $8,915.54 |
| 8 | Brian L. Kraft | 7100-000 | $0.00 | $209,170.00 | $0.00 | $0.00 |
| 9 | James Ken Nishita Trustee for Hideo Nishita | 7100-000 | $0.00 | $1,185.00 | $0.00 | $0.00 |
| 9b | James Ken Nishita Trustee for Hildeo Nishita | 7100-000 | $0.00 | $43,102.00 | $43,102.00 | $22,741.01 |
| 10 | James Ken Nishita Trustee for Hildeo Nishita | 7100-000 | $0.00 | $10,000.00 | $0.00 | $0.00 |
| 11 | Brian Kraft | 7100-000 | $0.00 | $209,170.00 | $0.00 | $0.00 |
| 11b | Brian L. Kraft | 7100-000 | $0.00 | $135,411.00 | $135,411.00 | $71,444.08 |
| 12 | Pieri Brusseau Investment Co. | 7100-000 | $0.00 | $66,000.00 | $66,000.00 | $34,822.19 |
| 13b | The Dorothy Hocking Revocable Living Trust | 7100-000 | $0.00 | $69,447.00 | $69,447.00 | $36,640.87 |
| 13 | The Dorothy Hocking Revocable Living Trust c/o Dorothy Hocking | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15a | Marianne Tomita-McDonald | 7100-000 | $0.00 | $60,390.00 | $60,390.00 | $31,862.31 |
| 15 | Marianne Tomita-McDonald c/o Alan J. Statman | 7100-000 | $0.00 | $25,974.00 | $0.00 | $0.00 |
| 16 | Roy Wakida | 7100-000 | $0.00 | $23,142.00 | $23,142.00 | $12,209.93 |
| 17 | Linda Nanbu | 7100-000 | $0.00 | $89,780.00 | $89,780.00 | $47,368.75 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,674,083.04 | $1,284,660.00 | $677,798.31 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 18-10415-RLE | Trustee Name: | Linda S. Green |
|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | Date Filed (f) or Converted (c): | 06/13/2018 (f) |
| For the Period Ending: | 9/11/2020 | §341(a) Meeting Date: | 08/22/2018 |
| | | Claims Bar Date: | 11/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Money held at APMEX Gold exchange for returned Gold Coins purchased by Frank Ribbel with partnership funds | $33,689.75 | $33,689.75 | | $33,689.75 | FA |
| 2  Monies being held by the Superior Court of State of CA; Sacramento; turned over by prior receiver. | $345,384.78 | $346,184.78 | | $345,384.78 | FA |
| Asset Notes: Counsel to File Motion for Turnover | | | | | |
| 3  Warehouse Way Assoc., Frank E. Ribbel vs Brian Kraft, J.L. Szabo crossclaim | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: Sacramento Superior Court case no 34-2017-002217778 | | | | | |
| 4  FT action against Frank Ribbel's estate (u) | $0.00 | $539,000.00 | | $0.00 | FA |
| Asset Notes: See assets #5 and #12, application and order to compromise of controversy with the sale of the Toboggin Rd property. | | | | | |
| 5  FT litigation against Ribbel and Associates (u) | $0.00 | $900,000.00 | | $150,000.00 | FA |
| 6  Growers Properties (u) | $0.00 | $227,000.00 | | $0.00 | FA |
| Asset Notes: Since this was previously litigated; Res-judicata prevents us from pursuing. | | | | | |
| 7  FT action against Julian & Sue Lifshiz (u) | $0.00 | $104,000.00 | | $80,000.00 | FA |
| Asset Notes: Duplicate; see below - dismissed | | | | | |
| 8  FT action against Mrs. Frank Ribbel (u) | $0.00 | $150,000.00 | | $0.00 | FA |
| Asset Notes: see assets #5 and #12 - controversy settled with the sale of the Toboggin Rd property. | | | | | |
| 9  Interest on funds held (Asset #2) at the Sacramento Superior Court (u) | $0.00 | $3,295.08 | | $3,295.08 | FA |
| 10  Snell FT claim (u) | $0.00 | $10,000.00 | | $0.00 | FA |
| Asset Notes: Not collectible. | | | | | |
| 11  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 12  1851 Toboggan Road Tahoe City CA | $0.00 | $0.00 | | $750,070.72 | FA |
| Asset Notes: Auditors requested sale of property be broken out separate from asset #5. | | | | | |
| 13  Refund of Property Tax on 1851 Tobaggon Road from Placer County | $0.00 | $24.60 | | $24.60 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $379,074.53 | $2,313,194.21 | | $1,362,464.93 | $0.00 |

Major Activities affecting case closing:

| Case No.: | 18-10415-RLE | Trustee Name: | Linda S. Green |
| --- | --- | --- | --- |
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | Date Filed (f) or Converted (c): | 06/13/2018 (f) |
| For the Period Ending: | 9/11/2020 | §341(a) Meeting Date: | 08/22/2018 |
| | | Claims Bar Date: | 11/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
| --- | --- |
| 02/06/2020 | Preparing every thing for TFR. Lifschiz settled. |
| 11/27/2019 | Toboggan Road has closed; settlement with Lifschiz fell through; Burkart matter settled |
| 09/12/2019 | Tobaggan Road is in escrow for $750k; Lifschiz litigations continues; offer made to Burkart to settle claim objection |
| 07/31/2019 | Toboggan Road has been turned over to the estate and listed for sale. Viewing scheduled for Saturday. |
| 06/04/2019 | In waiting period for settlement for Tobbogan Road property to be refinanced or sold. AP filed against LP Lifschiz for fraudulent transfer. Default taken against Snell |
| 03/22/2019 | Settlement arrived at in mediation; Settlement was noticed; objection to claims to be heard |
| 01/14/2019 | Discovery Continues; 2004 exam of Emily and Clinton Walker completed. Complaint being drafted; claims review done; likely going to mediation. |
| 09/18/2018 | Involuntary filed by creditor because the partnership had expired and funds were not being distributed to the appropriate parties. Several FTs to pursue |

| | | | |
| --- | --- | --- | --- |
| Initial Projected Date Of Final Report (TFR): | 06/30/2020 | /s/ LINDA S. GREEN | |
| Current Projected Date Of Final Report (TFR): | 06/30/2020 | LINDA S. GREEN | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | Trustee Name: | Linda S. Green |
|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2018 | (1) | APMEX | Turnover of funds held by APMEX for gold coins purchased allegedly by Frank Ribbel with monies from LP | 1129-000 | $33,689.75 | | $33,689.75 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.92 | $33,676.83 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $8.07 | $33,668.76 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($8.07) | $33,676.83 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $589.34 | $33,087.49 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($589.34) | $33,676.83 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $50.05 | $33,626.78 |
| 11/20/2018 | (2) | Sacramento Superior Court | Turnover of funds collected by former reciever held by the Sacramento Superior Court | 1121-000 | $345,384.78 | | $379,011.56 |
| 11/28/2018 | (9) | Judicial Council of CA/Sac Superior Court | Interest on funds held | 1221-000 | $3,295.08 | | $382,306.64 |
| 01/18/2019 | 101 | International Sureties, LTD. | Bond Payment | 2300-000 | | $132.70 | $382,173.94 |
| 02/26/2019 | 102 | JAMS | Mediation Fees | 3721-000 | | $3,500.00 | $378,673.94 |
| 03/01/2019 | 103 | JAMS | Part 2 of the JAMS fees | 3721-000 | | $2,450.00 | $376,223.94 |
| 05/07/2019 | 104 | Franchise Tax Board (FTB) | Corporate Tax | 2820-000 | | $800.00 | $375,423.94 |
| 05/24/2019 | (5) | Jamie Dreher | Down Payment on settlement | 1241-000 | $150,000.00 | | $525,423.94 |
| 08/29/2019 | 105 | JAMS | Final Fees for Newsome Mediation | 3721-000 | | $424.80 | $524,999.14 |
| 08/29/2019 | 106 | Trustee Resource Group | Insurance for Toboggan Road | 2420-750 | | $1,470.00 | $523,529.14 |
| 10/21/2019 | | Lawyer's Title Co. | Sale of Toboggan Road pursuant to settlement agreement | * | $706,665.51 | | $1,230,194.65 |
| | {12} | | Sale of Toboggan Road pursuant to settlement agreement $750,070.72 | 1110-000 | | | $1,230,194.65 |
| | | | Sale of Toboggan Road pursuant to settlement agreement $(750.00) | 2500-000 | | | $1,230,194.65 |
| | | | County Taxes $(2,758.29) | 4700-070 | | | $1,230,194.65 |
| | | | Realtor Fees $(18,750.00) | 3510-000 | | | $1,230,194.65 |
| | | | Realtor Fees $(18,750.00) | 3510-000 | | | $1,230,194.65 |
| | | | Recording Fees $(57.00) | 2500-000 | | | $1,230,194.65 |
| | | | Transfer Fees $(825.00) | 2500-000 | | | $1,230,194.65 |
| | | | Realtor Expenses $(140.75) | 3520-000 | | | $1,230,194.65 |
| | | | Realtor Expenses $(32.54) | 3520-000 | | | $1,230,194.65 |
| | | | Realtor Expenses $(686.31) | 3520-000 | | | $1,230,194.65 |
| | | | Realtor Expenses $(365.32) | 3520-000 | | | $1,230,194.65 |
| | | | Realtor Expenses $(290.00) | 3520-000 | | | $1,230,194.65 |
| 10/30/2019 | 107 | NATHAN GENOVESE | Closing Costs paid outside Escrow | 3520-000 | | $657.50 | $1,229,537.15 |
| 12/26/2019 | (7) | S. Lifschiz | Payment on Settlement agreement with Lifschiz | 1241-000 | $80,000.00 | | $1,309,537.15 |
| | | | SUBTOTALS | | $1,319,035.12 | $9,497.97 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | | Trustee Name: | Linda S. Green |
|---|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/23/2020 | 108 | International Sureties, LTD. | Blanket Bond # 016048574 effective 1/1/20 to 1/1/21 | 2300-000 | | $530.89 | $1,309,006.26 |
| 02/05/2020 | 109 | Franchise Tax Board (FTB) | 2020 Form 565 | 2820-000 | | $800.00 | $1,308,206.26 |
| 05/08/2020 | 110 | Philip J. Terry, Esq | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 1.11; Distribution Dividend: 100.00; Amount Claimed: 14,620.29; Amount Allowed: 11,696.23; | 3701-000 | | $11,696.23 | $1,296,510.03 |
| 05/08/2020 | 111 | MACCONAGHY & BARNIER, PLC | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 0.45; Distribution Dividend: 100.00; Amount Claimed: 4,714.08; Amount Allowed: 4,714.08; | 3220-000 | | $4,714.08 | $1,291,795.95 |
| 05/08/2020 | 112 | Jay D. Crom | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 0.01; Distribution Dividend: 100.00; Amount Claimed: 186.84; Amount Allowed: 186.84; | 3420-000 | | $186.84 | $1,291,609.11 |
| 05/08/2020 | 113 | Linda S. Green | Trustee Expenses | 2200-000 | | $637.63 | $1,290,971.48 |
| 05/08/2020 | 114 | Jay D. Crom | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 8.46; Distribution Dividend: 100.00; Amount Claimed: 110,740.50; Amount Allowed: 88,592.40; | 3410-000 | | $88,592.40 | $1,202,379.08 |
| 05/08/2020 | 115 | Linda S. Green | Trustee Compensation | 2100-000 | | $51,298.57 | $1,151,080.51 |
| 05/08/2020 | 116 | MacConaghy & Barnier | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 23.66; Distribution Dividend: 100.00; Amount Claimed: 309,610.00; Amount Allowed: 247,688.00; | 3210-000 | | $247,688.00 | $903,392.51 |
| 05/08/2020 | 117 | Donald A. Friend | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 2; Dividend: 15.84; Distribution Dividend: 42.11; Amount Claimed: 393,820.00; Amount Allowed: 393,820.00; | 7100-000 | | $165,831.76 | $737,560.75 |
| 05/08/2020 | 118 | Friend, Friend, & Friend, L.P. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 3; Dividend: 9.21; Distribution Dividend: 42.11; Amount Claimed: 228,908.00; Amount Allowed: 228,908.00; | 7100-000 | | $96,389.76 | $641,170.99 |
| 05/08/2020 | 119 | John D. Wong | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 4; Dividend: 0.89; Distribution Dividend: 42.11; Amount Claimed: 22,353.00; Amount Allowed: 22,353.00; | 7100-000 | | $9,412.52 | $631,758.47 |
| | | | | SUBTOTALS | $0.00 | $677,778.68 | |

Case: 18-10415    Doc# 257    Filed: 09/21/20    Entered: 09/21/20 10:15:28    Page 9 of 18

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | | Trustee Name: | Linda S. Green |
|---|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/08/2020 | 120 | J.L. Szabo | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 5; Dividend: 5.44; Distribution Dividend: 42.11; Amount Claimed: 135,409.00; Amount Allowed: 135,409.00; | 7100-000 | | $57,018.72 | $574,739.75 |
| 05/08/2020 | 121 | Mann Ball Wong & Mei Kin Wong | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 6; Dividend: 0.67; Distribution Dividend: 42.11; Amount Claimed: 16,898.00; Amount Allowed: 16,898.00; | 7100-000 | | $7,115.50 | $567,624.25 |
| 05/08/2020 | 122 | Franchise Tax Board (FTB) | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 7; Dividend: 0.07; Distribution Dividend: 100.00; Amount Claimed: 800.00; Amount Allowed: 800.00; | 6820-000 | | $800.00 | $566,824.25 |
| 05/08/2020 | 123 | James Ken Nishita Trustee for Hildeo Nishita | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 9; Dividend: 1.73; Distribution Dividend: 42.11; Amount Claimed: 43,102.00; Amount Allowed: 43,102.00; | 7100-000 | | $18,149.61 | $548,674.64 |
| 05/08/2020 | 124 | Brian L. Kraft | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 11; Dividend: 5.44; Distribution Dividend: 42.11; Amount Claimed: 135,411.00; Amount Allowed: 135,411.00; | 7100-000 | | $57,019.56 | $491,655.08 |
| 05/08/2020 | 125 | Pieri Brusseau Investment Co. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 12; Dividend: 2.65; Distribution Dividend: 42.11; Amount Claimed: 66,000.00; Amount Allowed: 66,000.00; | 7100-000 | | $27,791.62 | $463,863.46 |
| 05/08/2020 | 126 | The Dorothy Hocking Revocable Living Trust | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 13; Dividend: 2.79; Distribution Dividend: 42.11; Amount Claimed: 69,447.00; Amount Allowed: 69,447.00; | 7100-000 | | $29,243.10 | $434,620.36 |
| 05/08/2020 | 127 | Michael Burkhart | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 14; Dividend: 9.55; Distribution Dividend: 100.00; Amount Claimed: 125,000.00; Amount Allowed: 100,000.00; | 6700-560 | | $100,000.00 | $334,620.36 |
| 05/08/2020 | 128 | Marianne Tomita-McDonald | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 15; Dividend: 2.42; Distribution Dividend: 42.11; Amount Claimed: 60,390.00; Amount Allowed: 60,390.00; | 7100-000 | | $25,429.33 | $309,191.03 |
| | | | | SUBTOTALS | $0.00 | $322,567.44 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | | Trustee Name: | Linda S. Green |
|---|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/08/2020 | 129 | Roy Wakida | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 16; Dividend: 0.93; Distribution Dividend: 42.11; Amount Claimed: 23,142.00; Amount Allowed: 23,142.00; | 7100-000 | | $9,744.75 | $299,446.28 |
| 05/08/2020 | 130 | Linda Nanbu | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 17; Dividend: 3.61; Distribution Dividend: 42.11; Amount Claimed: 89,780.00; Amount Allowed: 89,780.00; | 7100-000 | | $37,805.03 | $261,641.25 |
| 05/26/2020 | (13) | County of Placer | REfund of Property taxes on 1851 Toboggan Road | 1124-000 | $24.60 | | $261,665.85 |
| 05/26/2020 | 130 | STOP PAYMENT: Linda Nanbu | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 17; Dividend: 3.61; Distribution Dividend: 42.11; Amount Claimed: 89,780.00; Amount Allowed: 89,780.00; | 7100-004 | | ($37,805.03) | $299,470.88 |
| 05/28/2020 | 118 | STOP PAYMENT: Friend, Friend, & Friend, L.P. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 3; Dividend: 9.21; Distribution Dividend: 42.11; Amount Claimed: 228,908.00; Amount Allowed: 228,908.00; | 7100-004 | | ($96,389.76) | $395,860.64 |
| 05/28/2020 | 117 | STOP PAYMENT: Donald A. Friend | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 2; Dividend: 15.84; Distribution Dividend: 42.11; Amount Claimed: 393,820.00; Amount Allowed: 393,820.00; | 7100-004 | | ($165,831.76) | $561,692.40 |
| 05/29/2020 | 131 | Donald A. Friend | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 2; Dividend: 15.84; Distribution Dividend: 42.11; Amount Claimed: 393,820.00; Amount Allowed: 393,820.00; | 7100-000 | | $165,831.76 | $395,860.64 |
| 05/29/2020 | 132 | Friend, Friend, & Friend, L.P. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 3; Dividend: 9.21; Distribution Dividend: 42.11; Amount Claimed: 228,908.00; Amount Allowed: 228,908.00; | 7100-000 | | $96,389.76 | $299,470.88 |
| 05/29/2020 | 133 | Linda Nanbu | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 17; Dividend: 3.61; Distribution Dividend: 42.11; Amount Claimed: 89,780.00; Amount Allowed: 89,780.00; | 7100-000 | | $37,805.03 | $261,665.85 |
| | | | SUBTOTALS | | $24.60 | $47,549.78 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | Trustee Name: | Linda S. Green |
|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2020 | 134 | Philip J. Terry, Esq | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 1.11; Distribution Dividend: 100.00; Amount Claimed: 14,620.29; Amount Allowed: 14,620.29; | 3701-000 | | $2,924.06 | $258,741.79 |
| 06/22/2020 | 134 | VOID: Philip J. Terry, Esq | | 3701-003 | | ($2,924.06) | $261,665.85 |
| 06/22/2020 | 135 | Jay D. Crom | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 8.46; Distribution Dividend: 100.00; Amount Claimed: 110,740.50; Amount Allowed: 110,740.50; | 3410-000 | | $22,148.10 | $239,517.75 |
| 06/22/2020 | 135 | VOID: Jay D. Crom | | 3410-003 | | ($22,148.10) | $261,665.85 |
| 06/22/2020 | 136 | Linda S. Green | Trustee Compensation | 2100-000 | | $12,824.64 | $248,841.21 |
| 06/22/2020 | 136 | VOID: Linda S. Green | | 2100-003 | | ($12,824.64) | $261,665.85 |
| 06/22/2020 | 137 | MacConaghy & Barnier | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 23.66; Distribution Dividend: 100.00; Amount Claimed: 309,610.00; Amount Allowed: 309,610.00; | 3210-000 | | $61,922.00 | $199,743.85 |
| 06/22/2020 | 137 | VOID: MacConaghy & Barnier | | 3210-003 | | ($61,922.00) | $261,665.85 |
| 06/22/2020 | 138 | Donald A. Friend | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 2; Dividend: 16.03; Distribution Dividend: 52.76; Amount Claimed: 393,820.00; Amount Allowed: 393,820.00; | 7100-000 | | $41,951.26 | $219,714.59 |
| 06/22/2020 | 138 | VOID: Donald A. Friend | | 7100-003 | | ($41,951.26) | $261,665.85 |
| 06/22/2020 | 139 | Friend, Friend, & Friend, L.P. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 3; Dividend: 9.31; Distribution Dividend: 52.76; Amount Claimed: 228,908.00; Amount Allowed: 228,908.00; | 7100-000 | | $24,384.18 | $237,281.67 |
| 06/22/2020 | 139 | VOID: Friend, Friend, & Friend, L.P. | | 7100-003 | | ($24,384.18) | $261,665.85 |
| 06/22/2020 | 140 | John D. Wong | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 4; Dividend: 0.90; Distribution Dividend: 52.76; Amount Claimed: 22,353.00; Amount Allowed: 22,353.00; | 7100-000 | | $2,381.13 | $259,284.72 |
| 06/22/2020 | 140 | VOID: John D. Wong | | 7100-003 | | ($2,381.13) | $261,665.85 |
| 06/22/2020 | 141 | J.L. Szabo | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 5; Dividend: 5.51; Distribution Dividend: 52.76; Amount Claimed: 135,409.00; Amount Allowed: 135,409.00; | 7100-000 | | $14,424.30 | $247,241.55 |
| | | | SUBTOTALS | | $0.00 | $14,424.30 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | | Trustee Name: | Linda S. Green |
|---|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2020 | 141 | VOID: J.L. Szabo | | 7100-003 | | ($14,424.30) | $261,665.85 |
| 06/22/2020 | 142 | Mann Ball Wong & Mei Kin Wong | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 6; Dividend: 0.68; Distribution Dividend: 52.76; Amount Claimed: 16,898.00; Amount Allowed: 16,898.00; | 7100-000 | | $1,800.04 | $259,865.81 |
| 06/22/2020 | 142 | VOID: Mann Ball Wong & Mei Kin Wong | | 7100-003 | | ($1,800.04) | $261,665.85 |
| 06/22/2020 | 143 | James Ken Nishita Trustee for Hildeo Nishita | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 9; Dividend: 1.75; Distribution Dividend: 52.76; Amount Claimed: 43,102.00; Amount Allowed: 43,102.00; | 7100-000 | | $4,591.40 | $257,074.45 |
| 06/22/2020 | 143 | VOID: James Ken Nishita Trustee for Hildeo Nishita | | 7100-003 | | ($4,591.40) | $261,665.85 |
| 06/22/2020 | 144 | Brian L. Kraft | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 11; Dividend: 5.51; Distribution Dividend: 52.76; Amount Claimed: 135,411.00; Amount Allowed: 135,411.00; | 7100-000 | | $14,424.52 | $247,241.33 |
| 06/22/2020 | 144 | VOID: Brian L. Kraft | | 7100-003 | | ($14,424.52) | $261,665.85 |
| 06/22/2020 | 145 | Pieri Brusseau Investment Co. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 12; Dividend: 2.68; Distribution Dividend: 52.76; Amount Claimed: 66,000.00; Amount Allowed: 66,000.00; | 7100-000 | | $7,030.57 | $254,635.28 |
| 06/22/2020 | 145 | VOID: Pieri Brusseau Investment Co. | | 7100-003 | | ($7,030.57) | $261,665.85 |
| 06/22/2020 | 146 | The Dorothy Hocking Revocable Living Trust | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 13; Dividend: 2.82; Distribution Dividend: 52.76; Amount Claimed: 69,447.00; Amount Allowed: 69,447.00; | 7100-000 | | $7,397.77 | $254,268.08 |
| 06/22/2020 | 146 | VOID: The Dorothy Hocking Revocable Living | | 7100-003 | | ($7,397.77) | $261,665.85 |
| 06/22/2020 | 147 | Michael Burkhart | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 14; Dividend: 9.55; Distribution Dividend: 100.00; Amount Claimed: 125,000.00; Amount Allowed: 125,000.00; | 6700-560 | | $25,000.00 | $236,665.85 |
| 06/22/2020 | 147 | VOID: Michael Burkhart | | 6700-563 | | ($25,000.00) | $261,665.85 |
| | | | | SUBTOTALS | $0.00 | ($14,424.30) | |

Case: 18-10415   Doc# 257   Filed: 09/21/2018   Entered: 09/21/20 10:15:28   Page 13 of 18

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | | Trustee Name: | Linda S. Green |
|---|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2020 | 148 | Marianne Tomita-McDonald | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 15; Dividend: 2.45; Distribution Dividend: 52.76; Amount Claimed: 60,390.00; Amount Allowed: 60,390.00; | 7100-000 | | $6,432.98 | $255,232.87 |
| 06/22/2020 | 148 | VOID: Marianne Tomita-McDonald | | 7100-003 | | ($6,432.98) | $261,665.85 |
| 06/22/2020 | 149 | Roy Wakida | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 16; Dividend: 0.94; Distribution Dividend: 52.76; Amount Claimed: 23,142.00; Amount Allowed: 23,142.00; | 7100-000 | | $2,465.18 | $259,200.67 |
| 06/22/2020 | 149 | VOID: Roy Wakida | | 7100-003 | | ($2,465.18) | $261,665.85 |
| 06/22/2020 | 150 | Linda Nanbu | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 17; Dividend: 3.65; Distribution Dividend: 52.76; Amount Claimed: 89,780.00; Amount Allowed: 89,780.00; | 7100-000 | | $9,563.72 | $252,102.13 |
| 06/22/2020 | 150 | VOID: Linda Nanbu | Void | 7100-003 | | ($9,563.72) | $261,665.85 |
| 06/22/2020 | 151 | Philip J. Terry, Esq | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 1.11; Distribution Dividend: 100.00; Amount Claimed: 14,620.29; Amount Allowed: 14,620.29; | 3701-000 | | $2,924.06 | $258,741.79 |
| 06/22/2020 | 152 | Jay D. Crom | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 8.46; Distribution Dividend: 100.00; Amount Claimed: 110,740.50; Amount Allowed: 110,740.50; | 3410-000 | | $22,148.10 | $236,593.69 |
| 06/22/2020 | 153 | Linda S. Green | Trustee Compensation | 2100-000 | | $12,824.64 | $223,769.05 |
| 06/22/2020 | 154 | MacConaghy & Barnier | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 23.66; Distribution Dividend: 100.00; Amount Claimed: 309,610.00; Amount Allowed: 309,610.00; | 3210-000 | | $61,922.00 | $161,847.05 |
| 06/22/2020 | 155 | Donald A. Friend | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 2; Dividend: 16.03; Distribution Dividend: 52.76; Amount Claimed: 393,820.00; Amount Allowed: 393,820.00; | 7100-000 | | $41,951.26 | $119,895.79 |
| 06/22/2020 | 156 | Friend, Friend, & Friend, L.P. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 3; Dividend: 9.31; Distribution Dividend: 52.76; Amount Claimed: 228,908.00; Amount Allowed: 228,908.00; | 7100-000 | | $24,384.18 | $95,511.61 |
| | | | SUBTOTALS | | $0.00 | $166,154.24 | |

Case: 18-10415   Doc# 257   Filed: 09/21/20   Entered: 09/21/20 10:15:28   Page 14 of 18

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-10415-RLE | | Trustee Name: | Linda S. Green |
|---|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2020 | 157 | John D. Wong | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 4; Dividend: 0.90; Distribution Dividend: 52.76; Amount Claimed: 22,353.00; Amount Allowed: 22,353.00; | 7100-000 | | $2,381.13 | $93,130.48 |
| 06/22/2020 | 158 | J.L. Szabo | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 5; Dividend: 5.51; Distribution Dividend: 52.76; Amount Claimed: 135,409.00; Amount Allowed: 135,409.00; | 7100-000 | | $14,424.30 | $78,706.18 |
| 06/22/2020 | 159 | Mann Ball Wong & Mei Kin Wong | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 6; Dividend: 0.68; Distribution Dividend: 52.76; Amount Claimed: 16,898.00; Amount Allowed: 16,898.00; | 7100-000 | | $1,800.04 | $76,906.14 |
| 06/22/2020 | 160 | James Ken Nishita Trustee for Hildeo Nishita | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 9; Dividend: 1.75; Distribution Dividend: 52.76; Amount Claimed: 43,102.00; Amount Allowed: 43,102.00; | 7100-000 | | $4,591.40 | $72,314.74 |
| 06/22/2020 | 161 | Brian L. Kraft | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 11; Dividend: 5.51; Distribution Dividend: 52.76; Amount Claimed: 135,411.00; Amount Allowed: 135,411.00; | 7100-000 | | $14,424.52 | $57,890.22 |
| 06/22/2020 | 162 | Pieri Brusseau Investment Co. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 12; Dividend: 2.68; Distribution Dividend: 52.76; Amount Claimed: 66,000.00; Amount Allowed: 66,000.00; | 7100-000 | | $7,030.57 | $50,859.65 |
| 06/22/2020 | 163 | The Dorothy Hocking Revocable Living Trust | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 13; Dividend: 2.82; Distribution Dividend: 52.76; Amount Claimed: 69,447.00; Amount Allowed: 69,447.00; | 7100-000 | | $7,397.77 | $43,461.88 |
| 06/22/2020 | 164 | Michael Burkhart | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 14; Dividend: 9.55; Distribution Dividend: 100.00; Amount Claimed: 125,000.00; Amount Allowed: 125,000.00; | 6700-560 | | $25,000.00 | $18,461.88 |
| 06/22/2020 | 165 | Marianne Tomita-McDonald | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 15; Dividend: 2.45; Distribution Dividend: 52.76; Amount Claimed: 60,390.00; Amount Allowed: 60,390.00; | 7100-000 | | $6,432.98 | $12,028.90 |
| | | | | SUBTOTALS | $0.00 | $83,482.71 | |

Case: 18-10415   Doc# 257   Filed: 09/21/2018   Entered: 09/21/20 10:15:28   Page 15 of 18

Page No: 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 18-10415-RLE | Trustee Name: | Linda S. Green |
|---|---|---|---|
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9388 | Checking Acct #: | ******0415 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking Acct. |
| For Period Beginning: | 6/13/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/11/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2020 | 166 | Roy Wakida | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 16; Dividend: 0.94; Distribution Dividend: 52.76; Amount Claimed: 23,142.00; Amount Allowed: 23,142.00; | 7100-000 | | $2,465.18 | $9,563.72 |
| 06/22/2020 | 167 | Linda Nanbu | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 17; Dividend: 3.65; Distribution Dividend: 52.76; Amount Claimed: 89,780.00; Amount Allowed: 89,780.00; | 7100-000 | | $9,563.72 | $0.00 |
| 07/16/2020 | 158 | STOP PAYMENT: J.L. Szabo | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 5; Dividend: 5.51; Distribution Dividend: 52.76; Amount Claimed: 135,409.00; Amount Allowed: 135,409.00; | 7100-004 | | ($14,424.30) | $14,424.30 |
| 07/16/2020 | 168 | J.L. Szabo | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 5; Dividend: 5.51; Distribution Dividend: 52.76; Amount Claimed: 135,409.00; Amount Allowed: 135,409.00; | 7100-000 | | $14,424.30 | $0.00 |
| 08/12/2020 | 152 | STOP PAYMENT: Jay D. Crom | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 8.46; Distribution Dividend: 100.00; Amount Claimed: 110,740.50; Amount Allowed: 110,740.50; | 3410-004 | | ($22,148.10) | $22,148.10 |
| 08/12/2020 | 169 | Jay D. Crom | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 8.46; Distribution Dividend: 100.00; Amount Claimed: 110,740.50; Amount Allowed: 110,740.50; | 3410-000 | | $22,148.10 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $12,028.90 | |

Case: 18-10415  Doc# 257  Filed: 09/21/2018  Entered: 09/21/20 10:15:28  Page 16 of 18

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 18-10415-RLE | |
| Case Name: | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | |
| Primary Taxpayer ID #: | **-***9388 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/13/2018 | |
| For Period Ending: | 9/11/2020 | |

| | |
|---|---|
| Trustee Name: | Linda S. Green |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0415 |
| Account Title: | Main Checking Acct. |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,319,059.72 | $1,319,059.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,319,059.72 | $1,319,059.72 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,319,059.72 | $1,319,059.72 | |

| **For the period of 6/13/2018 to 9/11/2020** | | **For the entire history of the account between 07/24/2018 to 9/11/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,362,464.93 | Total Compensable Receipts: | $1,362,464.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,362,464.93 | Total Comp/Non Comp Receipts: | $1,362,464.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,362,464.93 | Total Compensable Disbursements: | $1,362,464.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,362,464.93 | Total Comp/Non Comp Disbursements: | $1,362,464.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-10415-RLE | |
| **Case Name:** | WAREHOUSE WAY ASSOCIATES, LTD. VIII, A CA LP | |
| **Primary Taxpayer ID #:** | **-***9388 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/13/2018 | |
| **For Period Ending:** | 9/11/2020 | |

| | |
|---|---|
| **Trustee Name:** | Linda S. Green |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0415 |
| **Account Title:** | Main Checking Acct. |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,319,059.72 | $1,319,059.72 | $0.00 |

**For the period of 6/13/2018 to 9/11/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,362,464.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,362,464.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,362,464.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,362,464.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/13/2018 to 9/11/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,362,464.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,362,464.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,362,464.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,362,464.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LINDA S. GREEN

LINDA S. GREEN